UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SOPHIA Q. CHAN,<br><br>           Plaintiff,<br>     v.<br>JOAQUIN SALAS,<br><br>           Defendant.<br>_____/ | No. C 10-04348 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On October 4, 2010, the Defendant in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of November 18, 2010. (Dkt. #4.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by October 28, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the November 18 hearing and ORDERS Plaintiff Sophia Chan to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by November 18, 2010, and the Court shall conduct a hearing on December 2, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SOPHIA Q. CHAN,

        Plaintiff,

  v.

JOAQUIN SALAS et al,

        Defendant.

Case Number: CV10-04348 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sophia Q. Chan
1468 Silver Avenue
San Francisco, CA 94134

Dated: November 1, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk