UNITED STATES DISTRICT COURT
Northern District of California

SOPHIA Q. CHAN,

Plaintiff,

v.

JOAQUIN SALAS,

Defendant.
_________________________________________/

No. C 10-04348 MEJ

**SECOND ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

On October 5, 2010, the Court ordered the parties to file a consent to magistrate judge jurisdiction or a request for reassignment to a district judge by October 21, 2010. (Dkt. #7.) Plaintiff has failed to comply with this deadline. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the court, by way of the enclosed form (or the form on the Court's website), whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. Plaintiff shall inform the Court of her decision by November 18, 2010.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_______________________________
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOPHIA Q. CHAN

Plaintiff(s),

vs.

JOAQUIN SALAS

Defendant(s).
_______________________________________/

No. C 10-04348 MEJ

**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:__________________________ Signed by: ______________________________

Counsel for:_______________________________

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: __________________________ Signed by: _______________________________

Counsel for: ______________________________

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SOPHIA Q. CHAN

Plaintiff,

v.

JOAQUIN SALAS

Defendant.
_________________________________/

Case Number: 10-04348 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sophia Q. Chan
1468 Silver Avenue
San Francisco, CA 94134

Dated: November 1, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk



UNITED STATES DISTRICT COURT
For the Northern District of California