**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| SOPHIA Q. CHAN,<br><br>　　　　　Plaintiff,<br>　v.<br>JOAQUIN SALAS,<br><br>　　　　　Defendant.<br>_____/ | No. C 10-04348 MEJ<br><br>**ADMINISTRATIVE CLOSURE** |

The Court is in receipt of Plaintiff's request to postpone her case until after her surgery and recovery. Good cause appearing, the Court grants Plaintiff's request. However, as Plaintiff does not provide a date by which her recovery will be complete, and Defendant has a pending motion to dismiss, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action. However, Plaintiff must file an opposition to Defendant's motion by March 17, 2011. If Plaintiff fails to file an opposition within that time, this case will automatically be deemed dismissed with prejudice without further order from the Court..

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SOPHIA Q. CHAN

        Plaintiff,

v.

JOAQUIN SALAS

        Defendant.

Case Number: 10-04348 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sophia Q. Chan
1468 Silver Avenue
San Francisco, CA 94134

Dated: November 22, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk